```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
                    CASE NO. 1:08cv00855(WOB)
```

**BOBBY JO PIATT**                                           **PLAINTIFF**

**VS.**                              **ORDER**

**HUNTINGTON TREATMENT CENTER,**
**et al.**                                                   **DEFENDANTS**

    This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #77), and there being no objections filed thereto, the court being advised,

    **IT IS ORDERED** that said Report and Recommendation be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this court, and that the Order to Show Cause be, and it is, hereby **satisfied.**

    This 1st day of March, 2010.



Signed By:
_William O. Bertelsman_ WOB
United States District Judge